# United States District Court
for the
## Southern District of New York
### Related Case Statement

---

#### Full Caption of Later Filed Case:

Dow Jones & Company, Inc. and
Christopher Weaver

| Plaintiff | Case Number |
|---|---|
| vs. | 1:20-cv-3145 |
| Department of Health and Human Services | |
| Defendant | |

#### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

The New York Times Company

| Plaintiff | Case Number |
|---|---|
| vs. | 1:20-cv-03063 |
| Department of Health and Human Services | |
| Defendant | |

IH-32 Rev: 2014-1

Status of Earlier Filed Case:

| ☐ Closed | (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision.  Also, state whether there is an appeal pending.) |
| ✔ Open | (If so, set forth procedural status and summarize any court rulings.) |

The case was filed on April 16, 2020, and there have been no further docket entries as of the date of this filing.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

Both cases are Freedom of Information Act actions seeking release of the same Indian Health Service records.  Therefore, the cases concern the same records; there is significant factual overlap; the parties could be subject to conflicting orders; and absent certification of relatedness there could be substantial duplication of effort and expense.

Signature: /s/ Seth D. Berlin          Date: 04/20/2020

Firm: Ballard Spahr LLP